1  Joseph R. Manning, Jr. (SBN 223381)
   Craig G. Cote (SBN 132885)
2  Michael J. Manning (SBN 286879)
   Tristan P. Jankowski (SBN 290301)
3  ADAPracticeGroup@manninglawoffice.com
   **MANNING LAW, APC**
4  4667 MacArthur Blvd., Suite 150
   Newport Beach, CA 92660
5  Tel: 949.200.8755
   Fax: 866.843.8308
6
   *Attorneys for Plaintiff*
7  CARMEN JOHN PERRI

8

9             **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STEVE'S CHARBURGER #2, a business of unknown form; 1654-58 TARLETON, LLC, a California limited liability company, an individual; and Does 1-10,<br><br>Defendants. | Case No.: 2:18-cv-04638-JFW-JEM<br><br>Hon. John F. Walter<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO 1654-58 TARLETON. LLC ONLY- PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: May 25, 2018<br>Trial Date: None |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Carmen John Perri ("Plaintiff") requests that this Court enter a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, as to 1654-58 Tarelton, LLC. Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED : June 29, 2018

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    Carmen John Perri

**CERTIFICATE OF SERVICE**

I certify that on June 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: June 29, 2018                                **MANNING LAW, APC**

By:   */s/ Jospeh R. Manning, Jr., Esq.*
        Joseph R. Manning, Jr., Esq.
        Attorney for Plaintiff,
        Carmen John Perri

2
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE