NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Stephen E. Abraham, Esq. (SBN 172054)
stephen@abraham-lawoffices.com
Law Offices of Stephen Abraham
1592 Pegasus Street
Newport Beach, CA 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

ATTORNEY(S) FOR: Defendants George V. Andrews, Steve's 2 Enter.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual<br><br>Plaintiff(s),<br><br>v.<br><br>STEVE'S CHARBURGER #2, a business of unknown form; STEVE'S 2 ENTERPRISE, INC., a California corporation, an individual;<br><br>Defendant(s) | CASE NUMBER:<br><br>2:18-cv-04638-JFW-JEM<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendants George V. Andrews; Steve's 2 Enterprise, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Defendant George V. Andrews dba Steve's Charburger #2 | An individual erroneously sued as and doing business as Steve's Charburger #2 |
| Steve's 2 Enterprise, Inc. | No sibling or parent entity. |

July 19, 2018                     /s/ Stephen E. Abraham
Date                              Signature

Attorney of record for (or name of party appearing in pro per):

Defendants George V. Andrews; Steve's 2 Enterprise, Inc.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1592 Pegasus Street, Newport Beach, California 92660.

     On July 19, 2018, I served the foregoing document described as: **CERTIFICATE AND NOTICE OF INTERESTED PARTIES** thereon on all interested parties in this action as follows:

| | |
|---|---|
| Manning Law, APC | Representing Plaintiff |
| Joseph R. Manning, Jr. | |
| Michael J. Manning, Esq. | |
| Craig Cote, Esq. | |
| Tristan P. Jankowski | |
| 4667 MacArthur Blvd. Suite 150 | |
| Newport Beach, CA 92660 | |

    [x]    **e-Filing/ECF pursuant to Court order**

    []    **BY MAIL -** By addressing a true copy of the above document as set forth above. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    []    **VIA E-MAIL** the receipt of which was confirmed by such means as were reasonably calculated to ensure actual receipt by the recipient of the document.

    Executed on July 19, 2018, at Newport Beach, California.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                               /s/ Stephen E. Abraham
                                  Stephen E. Abraham

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

2018 07 19 - 1917 - Cert (pos)         2:18-cv-04638-JFW-JEM
PROOF OF SERVICE