**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> STEVE'S CHARBURGER #2, a business of unknown form; 1654-58 TARLETON, LLC, a California limited liability company, an individual; and Does 1-10, <br><br> Defendants. | Case No.: 2:18-cv-04638-JFK-JEM <br><br> **ORDER DISMISSAL** |

| | |
|---|---|
| 1 | |
| 2 | After consideration of the Joint Stipulation for Dismissal filed by Plaintiff CARMEN JOHN PERRI ("Plaintiff") and STEVE'S CHARBURGER #2, and 1654-58 TARLETON, LLC,("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint as to Plaintiff's First Cause of Action for violation of the ADA and without prejudice as to Plaintiff's Second Cause of Action for violation of the Unruh Civil Rights Act in the above-entitled action. Each party shall bear his or its own costs and attorneys' fees. |

After consideration of the Joint Stipulation for Dismissal filed by Plaintiff CARMEN JOHN PERRI ("Plaintiff") and STEVE'S CHARBURGER #2, and 1654-58 TARLETON, LLC,("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint as to Plaintiff's First Cause of Action for violation of the ADA and without prejudice as to Plaintiff's Second Cause of Action for violation of the Unruh Civil Rights Act in the above-entitled action. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: December 13, 2018

_____
UNITED STATES DISTRICT COURT JUDGE